THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State,  Respondent,
 v.
 David Shawn
 James, Appellant
 
 
 

Appeal From York County
John C. Hayes, III, Circuit Court Judge
Unpublished Opinion No. 2008-UP-582
Submitted October 1, 2008  Filed October
 15, 2008    
APPEAL DISMISSED

 
 
 
 Deputy Chief Attorney Robert M. Dudek, of Columbia, for Appellant.
 Deputy Director for Legal Services Teresa A. Knox, Legal Counsel
 Tommy Evans, Jr., and Legal Counsel J. Benjamin Aplin, all of Columbia, for
 Respondent.
 
 
 

PER CURIAM:  David Shawn James was on probation for breaking into a
 motor vehicle.  While on probation, James was arrested, and his probation was
 revoked.  James argues the trial court arbitrarily and capriciously revoked his
 probation.    After a thorough
 review of the record and counsels brief pursuant to Anders v. California,
 386 U.S. 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357
 (1991), we dismiss James appeal and grant counsels motion to be relieved. [1] 
APPEAL
 DISMISSED.  
SHORT, THOMAS, and PIEPER, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.